Aaron Segall et al., Appellants, *v.* Herman Mendlowitz et al., Respondents.

(Submitted October 5, 1936; decided October 6, 1936.)

*Irving J. W. Marx* for motion.

*Norman P. S. Schloss* opposed.

Motion to dismiss appeal of Henry Segall granted and appeal dismissed, with costs, and ten dollars costs of motion.

Motion to dismiss appeal of Aaron Segall granted and appeal dismissed, with costs and ten dollars costs of motion, unless appeal is perfected within thirty days, in which event the motion is denied.